UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD, | Case No. 3:19-cv-00009-RCJ-WGC |
| Plaintiff, | ORDER ON REMAND |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

## I.    DISCUSSION

This case is on remand from the U.S. Court of Appeals for the Ninth Circuit.  (ECF No. 20).  The Ninth Circuit affirmed in part, reversed in part, and remanded.  (*Id.* at 2).  Specifically, the Ninth Circuit affirmed the judgment as to Defendants Williams and Dzurenda, reversed the judgment as to Defendant Aranas, and remanded for further proceedings.  (*Id.*)

The Court reopens the case and permits the Eighth Amendment deliberate indifference to serious medical needs claim to proceed against Defendant Aranas.

## II.    CONCLUSION

It is therefore ordered that the Clerk of the Court reopen this case.

It is further ordered that the Eighth Amendment claim for deliberate indifference to serious medical needs will proceed against Defendant Aranas.

It is further ordered that the Clerk of the Court shall electronically **SERVE** a copy of this order and a copy of Plaintiff's first amended complaint (ECF No. 11) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet.  This does not indicate acceptance of service.

It is further ordered that service must be perfected within ninety (90) days from the date of this order pursuant to Fed. R. Civ. P. 4(m).

It is further ordered that subject to the findings of the Ninth Circuit remand (ECF No. 20), within **twenty-one (21) days** of the date of entry of this order, the Attorney

1  General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the

2  defendants for whom it accepts service; (b) the names of the defendants for whom it does

3  not accept service, and (c) the names of the defendants for whom it is filing the last-

4  known-address information under seal.  As to any of the named defendants for whom the

5  Attorney General's Office cannot accept service, the Office shall file, *under seal*, but shall

6  not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom

7  it has such information.  If the last known address of the defendant(s) is a post office box,

8  the Attorney General's Office shall attempt to obtain and provide the last known physical

9  address(es).

10  It is further ordered that, if service cannot be accepted for any of the named

11  defendant(s), Plaintiff shall file a motion identifying the unserved defendant(s), requesting

12  issuance of a summons, and specifying a full name and address for the defendant(s).  For

13  the defendant(s) as to which the Attorney General has not provided last-known-address

14  information, Plaintiff shall provide the full name and address for the defendant(s).

15  It is further ordered that, if the Attorney General accepts service of process for any

16  named defendant(s), such defendant(s) shall file and serve an answer or other response

17  to the first amended complaint (ECF No. 11) within **sixty (60) days** from the date of this

18  order.

19  It is further ordered that Plaintiff shall serve upon defendant(s) or, if an appearance

20  has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or

21  other document submitted for consideration by the Court.  If Plaintiff electronically files a

22  document with the Court's electronic-filing system, no certificate of service is required.

23  Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1.  However, if Plaintiff

24  mails the document to the Court, Plaintiff shall include with the original document

25  submitted for filing a certificate stating the date that a true and correct copy of the

26  document was mailed to the defendants or counsel for the defendants.  If counsel has

27  entered a notice of appearance, Plaintiff shall direct service to the individual attorney

28  named in the notice of appearance, at the physical or electronic address stated therein.

The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

DATED THIS 4th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE