AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.<br><br>Defendants. | Case No. 3:19-cv-00009-RCJ-WGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Justin Odell Langford, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 5TH day of November, 2021.           DATED this 15th day of November, 2021.

                                                                                            AARON D. FORD
                                                                                            Attorney General

                                                                                            By: /s/ Douglas R. Rands
_____                       _____
JUSTIN ODELL LANGFORD                                  DOUGLAS R. RANDS, Bar No. 3572
Plaintiff, *Pro Se*                                                    Senior Deputy Attorney General
                                                                                            *Attorneys for Defendants*

1

```
 1                                          *  *  *
 2
 3                                   IT IS SO ORDERED.
 4
 5                                   _____
                                     UNITED STATES DISTRICT JUDGE
 6                                            November 23, 2021
                                     DATED: _____
 7
 8
...
28
```

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this __15th__ day of November, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Justin Odell Langford #1159546
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General